UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RHANA MICHELLE ILLNICKY,

    Plaintiff,

v.                                          Case No: 6:18-cv-971-Orl-18DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Rhana Michelle Illnicky's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff's application for disability benefits and supplemental security income after proceedings before an Administrative Law Judge ("ALJ").[1] On June 4, 2019, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Defendant's decision be affirmed (Doc. 18), to which Plaintiff timely filed objections (Doc. 19) and the Commissioner filed a response (Doc. 20).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 18) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 12.)

appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_11\_\_ day of July, 2019.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record